# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/5/2024 |
| Case: 24−12271−pb | Form ID: hrg521 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.NYECF@USDOJ.GOV
tr      Thomas C. Frost      info@FrostSDNY13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jeneice Edmond      1048 East 228 Street      Bronx, NY 10466

TOTAL: 1