# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004**

_____

IN RE: Jeneice Edmond                                     CASE NO.: 24-12271 (pb)

SSN/TAX ID: xxx-xx-0877                                   CHAPTER: 13
_____

## NOTICE TO DEBTOR

Please note that, as of this date, the debtor has failed to satisfy the requirements of 11 U.S.C. Section 362(l)(1)(B) and Local Rule 4001-1.1 by failing to provide the Clerk of Court Official Form 101A and deposit of any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

Dated:  December 9, 2024                                  Vito Genna
                                                          Clerk of the Court