UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| Jeneice Edmond | Case No. 24-12271 |
| Debtor. | Hon. Philip Bentley |

-----------------------------------------------------------X

## ORDER DENYING DEBTOR'S REQUEST FOR EXTENSION OF CREDIT COUNSELING REQUIREMENT

**WHEREAS**, the debtor, Jeneice Edmond (the "Debtor"), filed on December 4, 2024, a Motion to Extend Time for Credit Counseling [ECF No. 3] (the "Extension Application") pursuant to 11 U.S.C. § 109(h)(3), requesting for a 30-day temporary extension to comply with the credit counseling requirement;

**WHEREAS**, the Extension Application failed to meet the requirements set forth in 11 U.S.C. § 109(h)(3)(A), which require the Debtor submit a certification, satisfactory to the Court, that (i) describes exigent circumstances that merit a temporary waiver and (ii) states that the Debtor requested credit counseling services from an approved agency but was unable to receive such services within seven days of that request;

**NOW, THEREFORE**, it is hereby **ORDERED** that the Extension Application is denied, without prejudice to reconsideration in the event the Debtor submits a certification that complies with the requirements set forth above.



**Dated: December 12, 2024**
**New York, New York**

/s/ Philip Bentley
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**