# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 12/12/2024
Case: 24−12271−pb  Form ID: pdf001  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Jeneice Edmond        1048 East 228 Street        Bronx, NY 10466

TOTAL: 1