# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Jeneice Edmond | CASE NO.: 24–12271–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0877 | CHAPTER: 13 |

---

### NOTICE OF COMPLIANCE and INTENT TO CURE
### PRE–PETITION JUDGMENT OF POSSESSION
### PURSUANT TO 11 U.S.C. § 362(b)(22) and 362(l)

PLEASE BE ADVISED THAT the debtor, Jeneice Edmond (hereinafter referred to as the debtor), of 1048 East 228 Street, Bronx, NY 10466, filed for bankruptcy relief under chapter 13 of the Bankruptcy Code on December 4, 2024.

At the time of filing, the debtor filed a voluntary petition and an initial statement listing NationStar REO Sub 1b, LLC, Mr. Cooper of P.O. Box 650783, Dallas, TX 75265–0783 (hereinafter referred to as the landlord) as the landlord of the premises in which the debtor resides under a lease or rental agreement. In the initial statement, the debtor certified that such landlord obtained a judgment of possession with respect to the premises.

The debtor has complied with 11 U.S.C. § 362(l)(1) and Local Rule 4001–1.1, in that the debtor has submitted to the clerk's office, along with the petition, the following: (a) a certified or cashier's check or money order, *made payable to the* landlord, in the amount of $100.00 which the debtor certifies is the amount of rent that is to become due during the 30–day period following the filing of the debtor's voluntary petition, and (b) Official Form 101A [*Initial Statement About an Eviction Judgment Against You*].

The debtor **may not** be evicted for a period of thirty (30) days from the date that the debtor filed for bankruptcy, December 4, 2024, without a judicial determination by the Bankruptcy Court.

In order for the debtor to avoid being evicted, the debtor – within the first thirty days after the filing of the petition – must do the following: (1) pay the entire delinquent amount to the landlord as stated in the eviction judgment and, (2) after making full payment, file with the clerk, and serve on the landlord, a second certification – Official Form 101B, Statement About Payment of an Eviction Judgment Against You (in which the debtor certifies that such full payment was made to the landlord).

If the landlord consents to receive the debtor's rental payment that the debtor submitted to the clerk, the landlord should file with the clerk (at the above address) a consent, *within 14 days* of the date of this notice, along with the landlord's current mailing address.

If the landlord objects to either certification, the landlord should file an objection, *within 14 days* of the date of this notice or the date of the second certification (Official Form 101B), with the clerk at the above address.

If the landlord files an objection, the court will notify the debtor and the landlord of the hearing by mail. The debtor and the landlord must attend the hearing if one is scheduled.

If the landlord does not respond *within 14 days* of the date of this notice, the rental payment that the debtor submitted to the clerk will be mailed to the landlord's address as it is listed in the debtor's first certification.

| | |
|---|---|
| Dated: December 17, 2024 | Vito Genna |
| | Clerk of Court |