# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 12/17/2024 |
| Case: 24−12271−pb | Form ID: ntcintcu | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Jeneice Edmond      1048 East 228 Street      Bronx, NY 10466
8528826      NATIONSTAR REO SUB 1B, LLC      MR. COOPER, P.O. BOX 650783      DALLAS, TX 75265−0783

TOTAL: 2