# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### One Bowling Green
### New York, NY 10004

IN RE: Jeneice Edmond                             CASE NO.: 24-12271 (pb)
SSN/TAX ID: xxx-xx-0877                           CHAPTER: 13

## NOTICE OF RENT DEPOSIT FORWARDED TO LANDLORD

PLEASE BE ADVISED THAT the debtor, Jeneice Edmond (hereinafter referred to as the debtor), of 1048 East 228 Street, Bronx, NY 10466, filed for bankruptcy relief under chapter 13 of the Bankruptcy Code on December 4, 2024.

On December 4, 2024, the debtor filed a voluntary petition that included a certification listing Nationstar REO SUB 1B, LLC, Mr. Cooper, P.O. Box 650783, Dallas, TX 75265-0783. (hereinafter referred to as the lessor) as the lessor/landlord of the premises in which the debtor resides under a lease or rental agreement. In the certification, the debtor certified that such lessor obtained a judgment of possession with respect to the premises.

The debtor has complied with 11 U.S.C. § 362(l)(1) and Local Rule 4001-1.1, in that the debtor has submitted to the Clerk's office, along with the filed certification, the following: (a) a Cashier's Check *made payable to the lessor*, in the amount of $100.00 which the debtor certifies is the amount of rent that is to become due during the 30-day period following the filing of the debtor's voluntary petition, and (b) a copy of the judgment of possession.

No objections have been filed. Enclosed, is a Money Order in the amount of $100.00.

Dated: January 10, 2025                           Vito Genna
                                                  Clerk of the Court