UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                                                                  Case No. 24-12271 (pb)
                                                                                                       Chapter 13
Jeneice Edmond

 Debtor.
-----------------------------------------------------------------x

## CERTIFICATE OF MAILING

    I, Kendra Harris, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

    I further certify that **on January 10, 2025 a Money Order** in the amount of $100.00 was mailed to:

> **Nationstar REO Sub 1B, LLC**
> **Mr. Cooper**
> **P.O. Box 650783**
> **Dallas, TX 75265-0783**

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: January 10, 2025
      New York, New York

                                                                           /s/Kendra Harris
                                                                       Kendra Harris